96 F.3d 1439
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Zoly SOS, Petitioner,
v.
T & C COAL COMPANY; West Virginia Coal Workers'
Pneumoconiosis Fund, Incorporated; Director,
Office of Workers' Compensation
Programs, United States
Department of Labor,
Respondents.
 No. 96-1237.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 5, 1996.
Decided Sept. 13, 1996.
 
 Zoly Sos, Petitioner Pro Se. Konstantine Keian Weld, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia; Cathryn Celeste Helm, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.
 Ben.Rev.Bd.
 AFFIRMED.
 Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp.1995). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Sos v. T & C Coal Co., No. 95-1323-BLA (B.R.B. Jan. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED